

NUMBER 13-17-00517-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ALVIN KING JR.,                                                                    Appellant,

v.

GAFP, LLC, ET AL.,                                                                 Appellees.

### On appeal from the County Court at Law No. 4
### of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Longoria, and Hinojosa
### Memorandum Opinion by Justice Rodriguez

Appellant Alvin King Jr. filed a notice of appeal from a June 28, 2017 order granting declaratory relief and summary judgment in trial court cause number 2016-CCV-61504-4. The parties to this appeal—King; Douglas A. Allison as next friend of Guy Allison and co-executor of the estate of Guy Allison; Dana Allison as co-executor of the estate of Guy Allison; GAFP, LLC; and G. Allison Family Properties, Ltd.; have now filed an agreed

motion to dismiss this appeal with prejudice on grounds that they have settled and compromised their differences. They seek to dismiss this appeal with prejudice with each side bearing their own attorney's fees, expenses, and costs. The Court, having considered the documents on file and the agreed motion to dismiss with prejudice, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See id.* R. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue without delay.

NELDA V. RODRIGUEZ
Justice

Delivered and filed the 11th
day of January, 2018.

2